**This order is SIGNED.**

**Dated: October 4, 2018**

*William J. Thurman*

**WILLIAM T. THURMAN**
**U.S. Bankruptcy Judge**



mpw

*Prepared and Submitted By:*

Michael F. Thomson (#9707)
Peggy Hunt (#6060)
Nathan S. Seim (# 12654)
DORSEY & WHITNEY LLP
111 South Main Street, 21st Floor
Salt Lake City, UT 84111-2176
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: thomson.michael@dorsey.com
   hunt.peggy@dorsey.com
   seim.nathan@dorsey.com

*Attorneys for Michael F. Thomson, Chapter 7 Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| In re: | Bankr. Case No. 17-22689 |
|---|---|
| ANGELIQUE J. DEWITT, | Chapter 7 |
| Debtor. | The Honorable William T. Thurman |

### ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM OF
### CASH OUT TITLE LOANS, CLAIM NUMBER 16

The matter before the Court is the *Trustee's Objection to Claim of Cash Out Title Loans, Claim Number 16* [Dkt. 26] (the "Claim Objection"). The Claim Objection was served through the Court's CM/ECF system upon all parties who receive electronic notice in this case, and was also served via the United States Postal Service on Cash Out Title Loans at the address listed on

4816-5709-7846\1

its proof of claim.  In addition, a *Notice of Trustee's Objection to Claim of Cash Out Title Loans, Claim Number 16 and Notice of Hearing* [Dkt. 27] (the "Notice") that provided for, among other things, notice of the deadline of October 1, 2018, for filing responses to the Claim Objection, was properly served on Cash Out Title Loans, and no further notice is required.  No responses to the Claim Objection have been filed.

The Court has considered the Claim Objection, the Notice, and applicable law.  Based thereon, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

(1) The Claim Objection is **SUSTAINED**;

(2) Claim Number 16 is **DISALLOWED** as a priority claim but **ALLOWED** as a wholly secured claim.

- - - - - - **END OF DOCUMENT** - - - - - -

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM OF CASH OUT TITLE LOANS, CLAIM NUMBER 16** shall be served to the parties in the manner designated below:

**By Electronic Service**: I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Terry L. Hutchinson   tlh@infowest.com
- Michael F. Thomson   thomson.michael@dorsey.com, montoya.michelle@dorsey.com;ventrello.ashley@dorsey.com
- Michael F. Thomson tr   thomson.michael@dorsey.com, UT17@ecfcbis.com;montoya.michelle@dorsey.com
- United States Trustee   USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail** – In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b):

Cash Out Title Loans
1812 W Sunset Blvd. #16
St. George, UT 84770

United States Bankruptcy Court
District of Utah

In re:  
Angelique J. DeWitt  
    Debtor

Case No. 17-22689-WTT  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: tdg     Page 1 of 1     Date Rcvd: Oct 04, 2018  
                 Form ID: pdfor1     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2018.  
10998839       +Cash Out Title Loans,    1812 W. Sunset Blvd. #16,    St. George, UT 84770-6688

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2018 at the address(es) listed below:  
        Michael F. Thomson    on behalf of Trustee Michael F. Thomson tr thomson.michael@dorsey.com, montoya.michelle@dorsey.com;ventrello.ashley@dorsey.com  
        Michael F. Thomson tr    thomson.michael@dorsey.com, UT17@ecfcbis.com;montoya.michelle@dorsey.com  
        Terry L. Hutchinson    on behalf of Debtor Angelique J. DeWitt tlh@infowest.com  
        United States Trustee    USTPRegion19.SK.ECF@usdoj.gov  
                                                                                                                             TOTAL: 4